```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 20744
   MICHELLE L RINGO
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

          Debtor
   SSN XXX-XX-4524


------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 11/06/2007 and was confirmed 04/24/2008.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was dismissed after confirmation 08/21/2008.
------------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                             PAID           PAID
------------------------------------------------------------------------------
INTERNAL REVENUE SERVICE  PRIORITY          13067.52          .00            .00
INTERNAL REVENUE SERVICE  UNSECURED          3508.62          .00            .00
INTERNAL REVENUE SERVICE  NOTICE ONLY       NOT FILED         .00            .00
IRS                       NOTICE ONLY       NOT FILED         .00            .00
IRS INSOLVENCY UNIT       NOTICE ONLY       NOT FILED         .00            .00
IRS                       NOTICE ONLY       NOT FILED         .00            .00
DEPT OF TREASURY          PRIORITY          NOT FILED         .00            .00
ILLINOIS DEPT OF REV      NOTICE ONLY       NOT FILED         .00            .00
AMERILOAN                 UNSECURED         NOT FILED         .00            .00
ST JAMES RADIOLOGY ASSOC  UNSECURED         NOT FILED         .00            .00
ASSET ACCEPTANCE LLC      UNSECURED            183.15         .00            .00
ASSET ACCEPTANCE LLC      UNSECURED           1116.21         .00            .00
FIRST NATL BANK OF MARIN  NOTICE ONLY       NOT FILED         .00            .00
BANK OF MARIN             NOTICE ONLY       NOT FILED         .00            .00
NATIONWIDE COLLECTIONS    UNSECURED             86.96         .00            .00
CAPITAL ONE               UNSECURED            837.80         .00            .00
CASHCALL INC              UNSECURED         NOT FILED         .00            .00
CINGULAR                  UNSECURED         NOT FILED         .00            .00
CINGULAR WIRELESS         NOTICE ONLY       NOT FILED         .00            .00
CITY OF CHICAGO HEIGHTS   UNSECURED         NOT FILED         .00            .00
COLUMBIA HOUSE            UNSECURED         NOT FILED         .00            .00
COLUMBIA HOUSE            NOTICE ONLY       NOT FILED         .00            .00
COMCAST                   NOTICE ONLY       NOT FILED         .00            .00
DIRECTV                   UNSECURED         NOT FILED         .00            .00
EXCEL EMERGENCY CARE      UNSECURED         NOT FILED         .00            .00
EXCEL EMERGENCY CARE      UNSECURED         NOT FILED         .00            .00
FCNB                      NOTICE ONLY       NOT FILED         .00            .00
MIDLAND CREDIT MANAGEMEN  UNSECURED            609.24         .00            .00
FIRST NAITONAL CREDIT/LE  NOTICE ONLY       NOT FILED         .00            .00
PREMIER BANKCARD          UNSECURED            481.92         .00            .00
HSBC                      NOTICE ONLY       NOT FILED         .00            .00
HSBC                      NOTICE ONLY       NOT FILED         .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 20744 MICHELLE L RINGO
```

```
HSBC                        NOTICE ONLY    NOT FILED              .00           .00
ISAC IDAPP                  UNSECURED      NOT FILED              .00           .00
MUTUAL HOSPITAL             UNSECURED      NOT FILED              .00           .00
MUTUAL HOSPITAL             UNSECURED      NOT FILED              .00           .00
NATIONAL TITLE LOAN         UNSECURED      NOT FILED              .00           .00
PREMIER BANKCARD            UNSECURED         532.53              .00           .00
REDCATS                     UNSECURED      NOT FILED              .00           .00
SALUTE/UTB                  UNSECURED      NOT FILED              .00           .00
MIDLAND CREDIT MANAGEMEN    UNSECURED         246.17              .00           .00
SEVENTH AVENUE              UNSECURED         251.83              .00           .00
SPRINT BANKRUPTCY           UNSECURED         872.81              .00           .00
ST JAMES MUTUAL HOSPITAL    UNSECURED      NOT FILED              .00           .00
ST JAMES MUTUAL HOSPITAL    UNSECURED      NOT FILED              .00           .00
ST JAMES MUTUAL HOSPITAL    UNSECURED      NOT FILED              .00           .00
T MOBILE                    UNSECURED      NOT FILED              .00           .00
TCF BANK                    UNSECURED      NOT FILED              .00           .00
MIDLAND CREDIT MANAGEMEN    UNSECURED         796.05              .00           .00
US DEPT OF EDUCATION        UNSECURED       41751.62              .00           .00
PREMIER BANKCARD            UNSECURED         524.59              .00           .00
ZALUTSKY & PINSKI LTD       REIMBURSEMENT    354.00               .00        354.00
ISAC IDAPP                  UNSECURED      NOT FILED              .00           .00
ZALUTSKY & PINSKI LTD       DEBTOR ATTY    3,500.00                          842.00
TOM VAUGHN                  TRUSTEE                                          104.00
DEBTOR REFUND               REFUND                                              .00

        Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                    1,300.00

PRIORITY                                         354.00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                   842.00
TRUSTEE COMPENSATION                             104.00
DEBTOR REFUND                                       .00
                       ---------------    ---------------
TOTALS                     1,300.00            1,300.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 11/20/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE